UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NISRINE MINI MART, INC., and ALI CHEBLI,<br><br>    Plaintiffs,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>    Defendant. | CASE NO. 2:12-cv-12546-AC-LJM<br><br>Judge Avern Cohn<br><br>Magistrate Judge Laurie J. Michelson |

| | |
|---|---|
| IBRAHIM HAMMOUD (P75765)<br>ELSHARNOBY & ASSOCIATES, P.C.<br>Attorney for Plaintiffs<br>12824 Ford Rd Ste. 2<br>Dearborn, MI 48126<br>(313) 478-4494;  Fax: (866-380-4535)<br>iyhammoud@gmail.com | RUSSELL W. PORRITT II (P38659)<br>WARD, ANDERSON, PORRITT & BRYANT, PLC<br>Attorneys for Defendant<br>4190 Telegraph Road, Suite 2300<br>Bloomfield Hill, Michigan 48302<br>(248) 593-1440; Fax:  593-7920 (facsimile)<br>rporritt@wardanderson.com<br><br>Of counsel:<br>Gregory P. Deschenes (BBO No. 550830)<br>(admission pending)<br>gdeschenes@nixonpeabody.com<br>Troy K. Lieberman (BBO No. 681755)<br>(admission pending)<br>tlieberman@nixonpeabody.com<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, Massachusetts 02110<br>(617) 345-1000; Fax: (617) 345-1300 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(l) of the Federal Rules of Civil Procedure, plaintiffs Nisrine Mini Mart, Inc. and Ali Chebli and defendant ACE American Insurance Company ("ACE") hereby stipulate and agree that all claims in the above-captioned action are dismissed with prejudice, with all rights of appeal waived, and without interest, costs or attorneys' fees to any party.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NISRINE MINI MART, INC., and ALI CHEBLI, | CASE NO. 2:12-cv-12546-AC-LJM |
| | Judge Avern Cohn |
| Plaintiffs, | Magistrate Judge Laurie J. Michelson |
| v. | |
| ACE AMERICAN INSURANCE COMPANY, | |
| Defendant. | |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court pursuant to the stipulation of the parties as evidenced by the signatures of their counsel of record;

**IT IS HEREBY ORDERED** that all claims in the above-captioned action are dismissed with prejudice, with all rights of appeal waived, and without interest, costs or attorneys' fees to any party;

**IT IS FURTHER HEREBY ORDERED** that this Dismissal resolves the last pending claims between the parties and closes the entire case.

DATED:  December 20, 2012                              s/Avern Cohn
                                                                              HON. AVERN COHN
                                                                              UNITED STATES DISTRICT JUDGE